## (October 12, 1983)

■ In the Matter of SIDNEY J. CHASE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE TENTH JUDICIAL DISTRICT, Petitioner. — Motion by respondent to stay or adjourn the effective date of respondent's suspension from the practice of law as an attorney and counselor at law, as directed by order of this court, dated September 23, 1983. Motion denied. Temporary stay of suspension contained in order to show cause dated September 29, 1983, vacated; the suspension is to commence October 12, 1983. Mollen, P. J., Lazer, Thompson, Weinstein and Bracken, JJ., concur.